UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **EUGENE MOORE** | : | **CIVIL ACTION NO.: 12-cv-1526** |
| **VERSUS** | : | **JUDGE MINALDI** |
| **JENNIFER ALLEMOND, ET AL** | : | **MAGISTRATE JUDGE KAY** |
| | | |
| **EUGENE MOORE** | : | **CIVIL ACTION NO.: 12-cv-2449** |
| **VERSUS** | : | **JUDGE MINALDI** |
| **ROBERT HENDERSON, ET AL** | : | **MAGISTRATE JUDGE KAY** |

**ORDER**

Before the court are the two civil rights complaints by plaintiff, Eugene Moore. For the reasons discussed herein, the actions will be consolidated into one.

Rule 42(a) of the Federal Rules of Civil Procedure provides, in pertinent part, "If actions before the court involve a common question of law or fact, the court may . . . consolidate the actions[.]" This court may *sua sponte* order the consolidation of actions, *Miller v. U.S. Postal Serv.*, 729 F.2d 1033, 1036 (5th Cir. 1984), and the decision to consolidate is within the broad discretion of the court. *Alley v. Chrysler Credit Corp.*, 767 F.2d 138, 140 (5th Cir. 1985).

Plaintiff filed two separate lawsuits when one is preferable. He alleges the same facts in both suits. He asserts that he is entitled relief under the same provisions of the Constitution—the Ex Post Facto Clause and the Due Process Clause—in both suits. And he seeks the same injunctive relief in both.

Accordingly, IT IS ORDERED that the above entitled and numbered cases are hereby CONSOLIDATED.

THUS DONE this 23rd day of May, 2013.

                                                _____
                                                        KATHLEEN KAY
                                         UNITED STATES MAGISTRATE JUDGE