
RECEIVED
IN LAKE CHARLES, LA

MAY 24 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **EUGENE HENRY MOORE**<br>B.O.P. # 310434 | * | **CIVIL ACTION NO. 2:12-cv-1526** |
| v. | * | **JUDGE MINALDI** |
| **ALLEMOND ET AL** | * | **MAGISTRATE JUDGE KAY** |

### JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 29) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that Moore's complaint is **DISMISSED** as to Jennifer Allemand, Marie Campbell, Robert Y. Henderson, the Louisiana Department of Public Safety and Corrections, and Linda Ramsey, in accordance with the provisions of FED. R. CIV. P. 41(b).

Lake Charles, Louisiana, this 23 day of May, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE